■ In the Matter of SOL GREENBERG, as District Attorney of Albany County, Respondent, v LOUIS W. LEIS, Appellant. — Application by appellant for permission to proceed as a poor person and for assignment of counsel on appeal from a judgment forfeiting appellant's title and ownership in a certain automobile. Application denied and, *sua sponte,* appeal dismissed on the ground that no appeal lies from a judgment entered upon default (see CPLR 5511). Mahoney, P. J., Sweeney, Main, Yesawich, Jr., and Levine, JJ., concur.